FILED

October 29, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )        Case No.  2:08-mj-386 KJM
              Plaintiff,         )
                                )         ORDER FOR RELEASE
v.                              )         OF PERSON IN CUSTODY
                                )
Maria Brosnan,                  )
                                )
              Defendant.         )
_____ )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Maria Brosnan_  Case _2:08-mj-386 KJM_ from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    _\_\_    Release on Personal Recognizance

    _\_\_    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $50,000

    _\_\_    Appearance Bond with 10% Deposit

    _\_\_    Appearance Bond secured by Real Property

    _\_\_    Corporate Surety Bail Bond

    _X_    (Other) _Probation conditions/supervision; surrender passport; travel_

_restrictions_

Issued at _Sacramento, CA_ on _10/29/08_     at _3:57 p.m._

By _____
   Kimberly J. Mueller,
   United States Magistrate Judge